## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

LAZARO AVALOS, and
OTHERS SIMILARLY SITUATED,

     Plaintiffs,

VS.                                                    NO.   4:15cv118-DMB-JMV
                                               JURY DEMANDED

TIMBO'S CONSTRUCTION, INC.
and JIMMY SANDIFER,

     Defendants.

---

## JOINT MOTION BY DEFENDANTS TIMBO'S CONSTRUCTION, INC. AND JIMMY SANDIFER AND PLAINTIFF LAZARO AVALOS FOR APPROVAL OF SETTLEMENT AGREEMENT

---

The Parties, Defendants Timbo's Construction, Inc. and Jimmy Sandifer (hereinafter collectively "Defendants") and Plaintiff Lazaro Avalos (hereinafter "Avalos" or "Plaintiff") respectfully move this Court for entry of an order approving the settlement reached by the parties in the above-referenced matter. A Memorandum setting forth the factual and legal basis for this Motion has been submitted to the Court contemporaneously with the filing of this Motion.

1

Respectfully Submitted,


s/James M. Simpson
JAMES M. SIMPSON (MS Bar No. 103823)
KIRK A. CARAWAY   (TN Bar No. 18578)
Allen, Summers, Simpson, Lillie & Gresham, PLLC
Attorneys for Plaintiff Lazaro Avalos
80 Monroe Avenue, Suite 650
Memphis, Tennessee 38103
(901) 763-4200


## CERTIFICATE OF SERVICE

I, James M. Simpson, do hereby certify that a copy of the foregoing Motion was forwarded, via the Court's Electronic Filing service on this 23rd day of March, 2017, to:


Jason E. Weeks
Randall, Segrest, Weeks, Reeves & Sones, PLLC
992 Northpark Drive, Suite A
Ridgeland, Mississippi 39157


s/James M. Simpson
James M. Simpson

2